**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY WALLACE, | Case No.: 2:25-cv-02297-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| PENNYMAC LOAN SERVICES, LLC, et al., | |
| Defendants | |

I ORDER that the defendants' response to the plaintiff's emergency motion for a temporary restraining order (ECF No. 39) is due March 17, 2026.

I FURTHER ORDER that the plaintiff's reply is due March 19, 2026.

DATED this 11th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE