UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTHONY WALLACE,

      Plaintiff,

      v.

PENNYMAC LOAN SERVICES, LLC;
DAVID A. SPECTOR, CEO & CHAIRMAN;
DANIEL S. PEROTTI, CFO; 3043 Townsgate
Road, Suite 200, Westlake Village, CA 91361,

      Defendants.

Case No. 2:25-cv-02297-APG-EJY

**ORDER**

Before the Court is Plaintiff's Motion for Pro Se Litigant to File Electronically. ECF No. 53. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 53) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same.

IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents to the Clerk of Court on or before **April 22, 2026**.

IT IS FURTHER ORDERED that Plaintiff is not authorized to file electronically until the Consent form is submitted. Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure Plaintiff's CM/ECF account.

Dated this 25th day of March, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1